CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 18 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 7:11CR00044 |
| v. | ) |
| | ) ORDER |
| | ) |
| TRAVIS LEON DAVIDSON | ) |
| | ) By: Glen E. Conrad |
| Defendant. | ) Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the defendant's pro se motions to amend or correct judgment (ECF Nos. 78, 79, 81, and 82) are hereby **DENIED**.

ENTER: This 17th day of May, 2012.

_____
Chief United States District Judge